[No. 35362-4-I.   Division One.   January 22, 1996.]

ALAN ANDERSON, *Appellant*, v. BARBARA RAZEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-26770-3, Liem E. Tuai, J., entered October 5, 1994. *Affirmed* by unpublished opinion per Thorpe, J. Pro Tem., concurred in by Webster and Cox, JJ.

[No. 35447-7-I.   Division One.   January 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE J. COMBS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03506-8, Faith Enyeart Ireland, J., entered October 27, 1994. *Reversed* by unpublished per curiam opinion.

[No. 35524-4-I.   Division One.   January 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PFINGSTEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-07105-3, Mary Wicks Brucker, J., entered October 25, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35601-1-I.   Division One.   January 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL VELAZQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04207-2, Dale B. Ramerman, J., entered November 14, 1994. *Affirmed in part* and *remanded* by unpublished opinion per Baker, C.J., concurred in by Grosse and Cox, JJ.